

FILED

6/13/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MINHAJ FEROZ MUHAMMAD and<br>SUFYAN FEROZE | Case No. 1:25-cr-00318<br><br>Hon. Gabriel A. Fuentes<br>Magistrate Judge<br><br>**UNDER SEAL** |

**GOVERNMENT'S MOTION TO SEAL
COMPLAINT, AFFIDAVIT, AND ARREST WARRANT**

Now comes the UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

On June 13, 2025, the government submitted an Affidavit in support of a Criminal Complaint (the "Affidavit"). The Affidavit details the facts supporting probable cause to believe that defendant Minhaj Feroz Muhammad violated Title 18, United States Code, Section 1347, and defendant Sufyan Feroze violated Title 18, United States Code, Section 1957.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendants and result in their flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint,

1

Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or until further order of the Court, whichever occurs earlier.

<div style="margin-left: 40%;">

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   *s/Kelly M. Warner*
      Kelly M. Warner
      Trial Attorney
      U.S. Department of Justice
      Criminal Division, Fraud Section
      219 S. Dearborn Street, Rm. 500
      Chicago, Illinois 60604
      (202) 603-3180

</div>

DATE: June 13, 2025