UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MINHAJ FEROZ MUHAMMAD, and
SUFYAN FEROZE

CASE NUMBER:    25 CR 318

**UNDER SEAL**

## <u>ORDER</u>

The UNITED STATES OF AMERICA by its attorney, ANDREW S.

BOUTROS, United States Attorney for the Northern District of Illinois, having

moved this Court to Seal the Complaint, Affidavit, Arrest Warrants, and Motion to

Seal, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Complaint, Affidavits, Arrest

Warrants, and Motion to Seal be sealed until the time of arrest of the defendants in

this case or further order of the Court, whichever occurs earlier.  This Order does

not prohibit law enforcement personnel from disclosing the Complaint, Affidavits,

and Arrest Warrants as necessary to facilitate the enforcement of criminal law,

including the execution of the warrants, or to any federal official to assist the official receiving the information in the performance of that official's duties.

ENTER:

Honorable Gabriel A. Fuentes
United States Magistrate Judge

DATE: June 13, 2025

2