**Declaration of Damon M. Cheronis**

I, Damon M. Cheronis, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and admitted to the bar of this Court. I am counsel of record for Defendant Sufyan Feroze in this matter. I make this declaration on personal knowledge in support of Mr. Feroze's Motion for Leave to File Motion to Suppress Statements Out of Time. Nothing in this declaration is intended to waive the attorney-client privilege or work-product protection.

2. Mr. Feroze retained my firm on September 15, 2026. I filed my appearance on the same date.

3. The deadline for pretrial motions set by the Court's order was September 17, 2025.

4. Within a week, I received the client file from prior counsel and the government.

5. I and members of my firm began reviewing the voluminous materials.

6. During that review I noticed the suppression issue and began researching and drafting the attached motion.

8. No motion to suppress Mr. Feroze's post-arrest statements has previously been filed in this case.

9. I spoke with counsel of record, Richard Blake, and he indicated that not filing the motion was not part of a trial strategy.

9. This request is made in good faith and not for purposes of delay.

**VERIFICATION**

Under the penalties of perjury as provided by law, I, the undersigned, hereby certify that I have read the foregoing Affidavit and, as to the matters stated therein, believe all facts to be true and correct.

Damon M. Cheronis

10/15/26

Date