**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00318
Honorable Matthew F. Kennelly
Minhaj Feroz Muhammad, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly as to Sufyan Feroze: Defendant Feroze's motion for leave to file a late motion to suppress [159] is set for a telephonic hearing on 10/20/2026 at 8:40 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Both current counsel and the original counsel for defendant Feroze must call in for the hearing. In addition the government's unopposed motion for a Rule 15 deposition of witness L.H. [160] is granted. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.