**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Minhaj Feroz Muhammad, et al.
Defendant.

Case No.: 1:25−cr−00318
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly as to Sufyan Feroze: Telephonic motion hearing held on 10/20/2026. Defendant Minhaj Feroz Muhammad's motion to seal [132] and the government's motion to seal document [163] are granted. Attorneys Richard H. Blake and Alex S. Bruce's motion to withdraw [165] is granted. The Clerk is directed to terminate the appearances of attorneys Richard H. Blake and Alex S. Bruce from the docket. The jury trial set for 12/7/2026 is vacated and reset to 2/8/2027 at 9:15 a.m. Defendant's motion for leave to file the motion to suppress [159] and to seal [167] are granted. An in−person evidentiary hearing on the motion to suppress [166] is set for 12/7/2026 at 10:00 a.m. The hearing will be held in Courtroom 2103. Government's response to the motion to suppress [166] is due on 11/13/2026; any reply by the defendant is due 11/25/2026. The 10/26/2026 telephonic status hearing and 12/1/2026 pretrial conference are vacated. The case is set for a telephonic status hearing on 11/30/2026 at 8:50 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Ordered time excluded in the interest of justice through 12/7/2026 due to the pendency of the motion to suppress and for the cases to remain together which outweighs the public's interest and defendants' right to a speedier trial, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.